Anthony WEATHINGTON, Plaintiff—Appellant,

v.

Melvin HUNTER; et al., Defendants—Appellees.

No. 07–56108.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 4, 2009.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Anthony Weathington, Coalinga State Hospital, Coalinga, CA, for Plaintiff–Appellant.

Karen Ackerson–Brazille, Esquire, AGCA–Office of the California Attorney General, Los Angeles, CA, for Defendants–Appellees.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

California civil detainee Anthony Weathington appeals pro se from the district court's order granting summary judgment to the defendants in his 42 U.S.C. § 1983 action alleging that the defendants violated his First and Fourteenth Amendment rights by preventing him from attending religious worship services on four occasions, without notice or a hearing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a grant of summary judgment. *Shakur v. Schriro*, 514 F.3d 878, 883 (9th Cir.2008). Construing Weathington's pro se pleadings liberally, *Allen v. Gold Country Casino*, 464 F.3d 1044, 1048 (9th Cir.2006), we affirm.

Weathington contends that the district court did not properly advise him of the deficiencies in his lawsuit before giving him the opportunity to amend. However, the district court notified Weathington of both the option of amending his original complaint and the requirements for opposing the summary judgment motion. It was under no obligation to become an "advocate" for or to assist and guide Weathington, as a pro se litigant, "through the

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

trial thicket." *Bias v. Moynihan*, 508 F.3d 1212, 1219 (9th Cir.2007) (internal citation omitted).

**AFFIRMED.**